**Denied and Opinion Filed July 23, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00856-CV

### IN RE SONIA ALVAREZ, Relator

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-16957**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Justice Stoddart

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its June 15, 2015 orders and rulings, name relator sole managing conservator with right to establish the children who are the subject of the suit affecting parent-child relationship, transfer the case to Collin County, and sign an order in conformity with her understanding of the terms of a mediated settlement agreement among the parties. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish her right to mandamus relief. We deny the petition.

/Craig Stoddart/
CRAIG STODDART
JUSTICE

150856F.P05